# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00792-CV

**Kevin Leon Gault, Appellant**

**v.**

**Ramona Yvonne Gault, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 01-383-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kevin Leon Gault filed his notice of appeal on November 1, 2005, and the appellate record was filed on December 2, 2005. This Court granted appellant an extension of time until March 22, 2006, to file his brief. On March 28, 2006, the Clerk of this Court sent notice to appellant that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by April 7, 2006. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Prosecution

Filed:   June 9, 2006